**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-21486-CIV-ALTONAGA/Goodman**

**JANE DOE**,

Plaintiff,
v.

**NCL (BAHAMAS) LTD.**,

Defendant.
______________________/

**ORDER**

**THIS CAUSE** came before the Court at an August 29, 2019 hearing [ECF No. 44] on Defendant, NCL (Bahamas) Ltd.'s Motion to Dismiss [ECF No. 33]. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 33]** is **GRANTED** as to Count III (Negligent Hiring), which is dismissed without prejudice. The Motion is **DENIED** as to the remaining counts. Plaintiff's claim for punitive damages is **STRICKEN**. Plaintiff has 10 days from the date of this Order to file an amended complaint.

**DONE AND ORDERED** in Miami, Florida, this 29th day of August, 2019.

Cecilia M. Altonaga
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record