UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:24-cv-22203-KMW

KARLA COLARTE,

Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,
a Panamanian Corporation,

Defendants.

_________________________________________/

**NOTICE OF SETTLEMENT**

Plaintiff, KARLA COLARTE, and Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, by and through their respective undersigned counsel, hereby jointly file this Notice of Settlement advising the Court that the parties have reached an agreement in this matter. The parties agree that the Court shall retain jurisdiction to enforce the terms of settlement. The parties respectfully request thirty (30) days to finalize their settlement documents and file a Joint Stipulation for Dismissal with the Court.

Dated: October 7, 2024
Miami, Florida

Respectfully submitted,

Eduardo J. Hernandez, Esq.
ehernandez@ejh-law.com
**Eduardo J. Hernandez, LLC**
10691 N. Kendall Drive- Suite 109
Miami, Florida 33176
Tel: 305-567-0910/ Fax: 786-4548905
*Counsel for Plaintiff*

Jeffrey E. Foreman, Esq.
jforeman@fflegal.com
kfehr@fflegal.com
Noah D. Silverman, Esq.
nsilverman@fflegal.com
pcampo@fflegal.com
Cecile von Batemberg, Esq.
cvbatemberg@fflegal.com

**Foreman Friedman, PA**
One Biscayne Tower, Suite 2630
2 South Biscayne Boulevard
Miami, FL 33131
Phone: 305-358-6555
Fax: 305-374-9077
*Attorneys for Defendant, Carnival Corporation.*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this October 7, 2024. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: ***/s/ Noah D. Silverman***
Noah D. Silverman, Esq.

**SERVICE LIST**

Eduardo J. Hernandez, Esq.
ehernandez@ejh-law.com
**Eduardo J. Hernandez, LLC**
10691 N. Kendall Drive- Suite 109
Miami, Florida 33176
Tel: 305-567-0910/ Fax: 786-4548905
*Counsel for Plaintiff*

Jeffrey E. Foreman, Esq.
jforeman@fflegal.com
kfehr@fflegal.com
Noah D. Silverman, Esq.
nsilverman@fflegal.com
pcampo@fflegal.com
Cecile von Batemberg, Esq.
cvbatemberg@fflegal.com
**Foreman Friedman, PA**
One Biscayne Tower, Suite 2630
2 South Biscayne Boulevard
Miami, FL 33131
Phone: 305-358-6555
Fax: 305-374-9077
*Attorneys for Defendant, Carnival Corporation.*